937 F.2d 598
 Martin (James L.)
v.
Walmer (John D.), Phillhaven Hosp. Shank (Rowland), Widener
University School of Law, Santoro (Anthony), Smith (Edward),
Supreme Court of PA. Nix (Robert), Flaherty (John),
Hutchinson (William), Larson (Rolf), McDermott (James),
Papadakos (Nicholas), Zappala (Stephen), Cappy (Ralph), PA.
Board of Law Examiners, Johnson (Justin), English (John),
Minisi (Anthony)
 NO. 91-1010
 United States Court of Appeals,
Third Circuit.
 JUN 27, 1991
 
 Appeal From: E.D.Pa.,
 Huyett, J.
 
 
 1
 AFFIRMED.